## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LOCAL UNION NO. 226 INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS OPEN END PENSION TRUST FUND; et. al. </br></br>          Plaintiffs, </br></br> v. </br></br> REDLINE FIRE PROTECTION, L.L.C. </br></br>          Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> )   Case No. 06-2105-KHV </br> ) </br> ) </br> ) </br> ) </br> ) |

### ORDER OF DEFAULT JUDGMENT

Upon Plaintiffs' Motion for Default Judgment, this Court finds that Defendant Redline Fire Protection, L.L.C. is in Default and entry of Default Judgment is proper pursuant to Federal Rule of Civil Procedure 55.

IT IS HEREBY ORDERED that default judgment is entered against Defendant Redline Fire Protection, L.L.C. and in favor of all the plaintiffs in the amount of twenty-two thousand six hundred ninety-one dollars and thirty-six cents ($22,691.36).

IT IS SO ORDERED THIS 23rd DAY OF June, 2006.


                                                              s/ Kathryn H. Vratil
                                                              Kathryn H. Vratil
                                                              U.S. District Court Judge