### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

```
LOCAL UNION NO. 226 INTERNATIONAL  )
BROTHERHOOD OF ELECTRICAL          )
WORKERS OPEN END PENSION TRUST     )
FUND, et al.                       )
                                   )
     Plaintiffs,                   )
                                   )
v.                                 )    Case No. 06-2105-KHV
                                   )
REDLINE FIRE PROTECTION, L.L.C.    )
                                   )
     Defendant.                    )
_____)
```

**ORDER AWARDING PLAINTIFFS ATTORNEYS' FEES AND COSTS**

This matter is before the Court on the application of Plaintiffs for an award of costs and attorneys fees pursuant to Fed. R. Civ. P. 54(d).

The Court finds that Plaintiffs are entitled to an award of cost and attorneys' fees pursuant to § 502(g)(2) of the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. § 1132(g)(2); and that Plaintiffs have incurred reasonable attorneys fees and costs in this matter in the amount of $4,454.00;

IT IS HEREBY ORDERED that Plaintiffs be granted an award of attorneys fees and costs against Defendant Redline Fire Protection, in the amount of $4,454.00.

SO ORDERED this 18th day of August, 2006 in Kansas City, Kansas.

<u>s/ Kathryn H. Vratil</u>
KATHRYN H. VRATIL
United States District Judge